UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 06-02-04T |
| | : | |
| ROGER WILLIAMS MEDICAL CENTER | : | |
| | : | |

# **ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 10, 2006

BY ORDER:

Deputy Clerk