AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: CR 06-002-T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roger Williams Medical Center

I certify that I am admitted to practice in this court.

1-12-06

*Date*

[signature]

*Signature*

William P. Devereaux 2241

*Print Name* *Bar Number*

One Financial Plaza

*Address*

Prov. RI 02903

*City* *State* *Zip Code*

401-824-5134 553-6850

*Phone Number* *Fax Number*

401-641-2680(c)

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.