CR 06-002-ML

**Roger Williams Medical Center**
**Secretary's Certificate**

At a Special Meeting of the Board of Trustees held at 12 Noon, January 12, 2006, pursuant to which notice was duly made or waived, the Board of Trustees of the Roger Williams Medical Center authorized William P. Devereaux, Esq. to represent to the U.S. District Court for the District of Rhode Island that a majority of the Board of Trustees had reviewed the allegations of the indictment and understands the charges that have been alleged. The Board of Trustees authorized William P. Devereaux, Esq. to enter a plea of not guilty to the charges and to effectuate and sign any documents on behalf of the corporation as presented by the Court.

James R. McGuirk
James R. McGuirk
Secretary

January 12, 2006