# UNANIMOUS CONSENT OF THE BOARD OF TRUSTEES OF ROGER WILLIAMS MEDICAL CENTER

The undersigned, constituting the Board of Trustees of Roger Williams Medical Center (the "Medical Center") of the Rhode Island General Laws and Article XII of the By-laws of the Roger Williams Medical Center take the following action by unanimous consent:

1. The Board of Trustees has reviewed the Deferred Prosecution Agreement (the "Agreement") in the form attached to this consent and is familiar with its terms and requirements;

2. The Medical Center accepts responsibility as set forth in paragraphs 2 – 6 of the Agreement;

3. The Medical Center agrees to cooperate as set forth in paragraphs 7 – 9 of the Agreement;

4. The Medical Center agrees to provide or an affiliated entity, Roger Williams Hospital, will provide, subject to the hardship provisions of Section 13, the free and uncompensated care set forth in paragraphs 12 – 15 of the Agreement.

5. The Medical Center agrees to revise its current corporate compliance program as set forth in paragraphs 16 – 20 of the Agreement;

6. The Medical Center agrees to institute the monitoring program as set forth in paragraphs 21 – 31 of the Agreement.

7. The Medical Center acknowledges the terms and conditions of the Deferral of Prosecution set forth in paragraphs 32 – 36 of the Agreement;

8. The Medical Center acknowledges the terms and conditions of the Agreement with respect to public statements, the discretion of the U. S. Attorney, Federal Health care implications and the remainder of the Agreement contained in paragraphs 37 – 44 of the Agreement; and

9. The Chairman of the Medical Center is authorized to accept, execute and deliver the Agreement.

This Unanimous Consent is adopted as of the 26th day of January, 2006.

Edward A. Hjerpe, III

Edwin J. Santos

Kenneth H. Belcher