# Resolutions of the Board of Trustees of Roger Williams Hospital Held January 26, 2006

1. The Board of Trustees (the "Board") has reviewed the Deferred Prosecution Agreement (the "Agreement") proposed to be entered into between the Roger Williams Medical Center (the "Medical Center") and the United States Attorney's Office.

2. The Board is aware of the requirements of the Agreement and agrees to cooperate fully with the Medical Center in assisting the Medical Center in discharging its obligations under the Agreement.

3. The Board specifically agrees to provide the free and uncompensated care as outlined in Paragraphs 12-15 of the Agreement, subject to the hardship provisions of Paragraph 13 of the Agreement.

4. The Board agrees to assist the Medical Center with respect to its Ethics Compliance Program and the Monitor engaged by the Medical Center to ensure compliance.

5. The Board acknowledges that it has been briefed on Paragraph 37 of the Agreement with respect to public statements and appreciates the importance of adherence to these provisions since a breach by a member of this Board might be construed as a breach of the Agreement by the Medical Center.

6. The Board authorizes the President and Senior Management of Roger Williams Hospital to take any and all actions necessary to effect the foregoing resolutions.

The foregoing resolutions were adopted unanimously by the Board of Trustees of Roger Williams Hospital at a meeting of the Board of Trustees at which a quorum was present on January 26, 2006.

James R. McGuirk, Esq.
Secretary

January 26, 2006

EXHIBIT C