UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 06-02-04T |
| | ) | |
| ROGER WILLIAMS MEDICAL CENTER | ) | |

**MOTION TO DISMISS**

In accordance with the terms and the conditions contained in the Deferred Prosecution Agreement ("Agreement"), which is on file with the Court and which is incorporated by reference, the United States hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, with consent of the Court, to dismiss this Indictment against Roger Williams Medical Center without prejudice to refiling in the event of a breach of the Agreement.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2006, I caused to be sent a true copy of the within Government's Motion to Dismiss by first class regular mail to:

William P. Devereaux, Esq.
John P. Walsh, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Kimberly A. O'Connell, Esq.
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, RI 02908

Kevin Bristow, Esq.
1300 Turks Head Building
Providence, RI 02903

Robert Flanders, Esq.
Michael Connelly, Esq.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

[signature]