RECEIVED

FEB 16 2006

Property of U.S. District Court
District of Rhode Island
Filed 3/7/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
Plaintiff :
:
v. : CR No.: 06-02-T
:
ROGER WILLIAMS MEDICAL CENTER :
:
Defendant :

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant, Roger Williams Medical Center, hereby moves that attorney Thomas C. Frongillo be admitted *Pro Hac Vice* in the above-captioned-case to serve as co-counsel for RWMC with the attorneys from Holland & Knight LLP.

**Respectfully submitted**

**ROGER WILLIAMS MEDICAL CENTER**
By its attorney,

**HOLLAND & KNIGHT LLP**

William P. Devereaux, Esq. (#2241)
John P. Walsh, Esq. (#6709)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

Dated: 2-7-06

# ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I am admitted to practice before all courts in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the Court of Appeals for the First Circuit. My eligibility to practice before those courts has not been restricted in any way.

2. I previously served as an Assistant United States Attorney for the District of Massachusetts from 1990 through 1999.

3. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys. There are no disciplinary proceedings pending against me at this time. I have never had my *pro hac vice* status revoked by any court.

4. I have never been convicted of any crime other than minor traffic offenses.

5. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

6. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

7. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

8. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen. 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Thomas C. Frongillo

Thomas C. Frongillo, Esq.
*Pro Hac Vice* Applicant
Mass. Bar # 180690
WEIL GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
Telephone: (617) 772-8335
Facsimile: (617) 772-8333

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

William P. Devereaux, Esquire (#2241)
John P. Walsh, Esq. (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**ORDER**

This motion is hereby Granted

Ernest C Torres
District Judge

Dated: 3/26/06

# 3551183_v1

## CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the within Motion for Admission Pro Hac Vice was forwarded via first class mail, postage prepaid to:

Robert Clark Corrente, Esquire
U.S. Attorney for the District of RI
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Terrence P. Donnelly, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Kimberly A. O'Connell, Esquire
Roger Williams Medical Center
825 Chalkstone Avenue
Providence, RI 02908

Kevin Bristow, Esquire
1300 Turks Head Building
Providence, RI 02903

Luis Matos, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard B. Sullivan, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Robert Flanders, Esquire
Michael Connelly, Esquire
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

on this **15th** day of **February, 2006.**

Joyce A. Darcy

# 3589629_v1