**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-02-04-T

ROGER WILLIAMS MEDICAL CENTER

**ORDER GRANTING MOTION TO DISMISS**

For reasons stated in open court on April 7, 2006, the United States' motion to dismiss the indictment as to Defendant Roger Williams Medical Center is hereby GRANTED and the indictment is dismissed as to Defendant Roger Williams Medical Center without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 1, 2006