AO 435 (Rev. 12/03)
*Please Read Instructions above*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME Matthew Garvey | 2. PHONE NUMBER 617-951-7879 | 3. DATE 10/5/06 |
| 4. MAILING ADDRESS Ropes & Gray LLP, One International Place | 5. CITY Boston | 6. STATE MA / 7. ZIP CODE 02110 |
| 8. CASE NUMBER 1:06-cr-00002 / 9. JUDGE Torres | DATES OF PROCEEDINGS: 10. FROM 9/6/06 | 11. THROUGH 10/2/06 |
| 12. CASE NAME USA v. Urciuoli, et al. | LOCATION OF PROCEEDINGS: 13. Providence, RI | 14. U.S. District Court |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 9/6/06 - 9/11/06 | [x] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 9/11/06 - | All witnesses | All dates (9/12/06 - 9/28/06) |
| [x] OPENING STATEMENT | 9/11/06 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 10/02/06 | [x] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | 10/02/06 | Discovery Hearing | 8/30/06 |
| [x] OPINION OF COURT | On Any Motions | | |
| [x] JURY INSTRUCTIONS | 10/02/06 | [x] OTHER (Specify) | |
| [ ] SENTENCING | | All Hearings on Motions & Requests | 9/6/06 through 10/2/06 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES 1 additional | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE Matthew Garvey

PROCESSED BY

19. DATE 10/5/06

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY