# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-002-01ML

ROBERT A. URCIUOLI

## ORDER

This matter is before the Court on Defendant Urciuoli's Motion for Leave to Travel. The government objects.

The Motion is DENIED for the reasons set forth in the government's memorandum in opposition.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 27, 2008