UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 06-02 ML

ROBERT A. URCIUOLI and
FRANCES P. DRISCOLL

**ORDER**

In January 2008, the First Circuit Court of Appeals vacated Defendant Robert A. Urciuoli's ("Urciuoli") conviction. On April 28, 2008, this Court granted Urciuoli's motion requesting that the Clerk of the Court refund the fine monies he was ordered to pay as part of his sentence. This matter is now before the Court on the motion of Urciuoli requesting an order from this Court directing the Clerk of the Court to refund interest that would have accrued on the fine monies paid by Urciuoli.

Urciuoli has not cited any authority to support his claim. The Court notes that generally, "in the absence of specific provision by contract or statute, or express consent . . . by Congress, interest does not run on a claim against the United States." United States v. Louisiana, 446 U.S. 253, 264-65 (1980) (internal quotation marks and citation omitted). "While the United States has to an extent waived its sovereign immunity under the Tucker Act, . . . its waiver does not include

authorizing the federal courts to award interest." United States v. Hansen, 906 F. Supp. 688, 697 (D.D.C. 1995). Because this court lacks any authority to order an award of interest, Urciuoli's motion is DENIED.

SO ORDERED

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
May 27, 2008