**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PRETRIAL MOTIONS**

On March 10, 2008, the Court issued a pre-trial Order in which the defendants were given approximately two months, to and including May 7, 2008, to file their pre-trial motions. The Government's responses were due three weeks later, on May 28, 2008. On May 6, 2008, defendants filed an unopposed motion requesting one additional week to file their motions, to and including May 14, 2008, and requesting that the Government's due date be extended to June 4, 2008. The Court granted defendants' motion on May 28, 2008. Defendant Frances Driscoll filed a number of pre-trial motions on May 7, 2008, and defendant Robert Urciuoli filed his motions on May 14, 2008, as requested in defendants' unopposed motion for an extension. The United States respectfully requests an extension of time, to and including, June 18, 2008, to respond to Defendants' motions.

Defendants have filed approximately 13 pre-trial motions. While certain motions are related to, or simply incorporate, a co-defendant's motion, the number of responses required is significant. In addition, defendant Robert Urciuoli has filed a motion to dismiss that is supported, in part, by an affidavit of a former director of Roger Williams Medical Center ("RWMC"), Richard Licht. On May 23, 2008, RWMC moved to strike and seal the Licht affidavit because it contains privileged information. If the Court were to grant RWMC's motion, it would necessarily

affect Defendant Urciuoli's motion and the Government's response thereto. An extension of time would allow the Court the opportunity to address RWMC's motion to strike and for the parties to tailor their filings on the issue accordingly. Finally, undersigned counsel, Luis M. Matos, is scheduled to be out of the office during the week of June 2, 2008.

For the forgoing reasons, the United States respectfully requests an extension of time, to and including June 18, 2008, to respond to defendants' pre-trial motions. Counsel for Defendants Urciuoli and Driscoll have advised that they do not oppose this motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5046 - phone
(401)709-5001 - fax
Luis.Matos@usdoj.gov

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5046 - phone
(401)709-5001 - fax
Dulce.donovan@usdoj.gov

**CERTIFICATE OF E-FILING**

I hereby certify that on this 28th day of May, 2008, I caused the United States' Unopposed Motion for an Extension of Time to Respond to Defendants Pretrial Motions to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John "Terry" MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, Rhode Island 02903

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

/S/ DULCE DONOVAN
DULCE DONOVAN
ASSISTANT U.S. ATTORNEY