UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-02-ML |
| | : | |
| ROBERT A. URCIUOLI, et al. | : | |

**ORDER**

This matter having been heard by the Court on June 11, 2008, on the motion by Roger Williams Medical Center and Roger Williams Hospital (collectively referred to herein as "RWMC") to strike and seal the declaration filed by Richard Licht, Esq. dated May 14, 2008, and attached to defendant, Robert A. Urciuoli's renewed motion to dismiss the indictment. After hearing it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. RWMC's motion to strike the declaration of Richard Licht is granted;
2. RWMC's motion to seal the declaration of Richard Licht is granted;
3. Defendant Urciuoli and Defendant Driscoll are ordered not to secure information that may be protected by the attorney-client privilege without first notifying RWMC through its counsel so that RWMC may have an opportunity to address such information before the information is filed as a public document; and
4. Defendant Urciuoli's oral motion to resubmit a revised declaration by Mr. Licht is denied.

ENTERED:

Mary M. Lisi
USDJ

Date: June 13, 2008

BY ORDER:

D. Garland
Deputy Clerk