(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

United States
Plaintiff(s)

v. Dkt. No. Cr. No. 06-02-ML

Robert A. Urciuoli
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

xPlaintiff/Defendant Robert A. Urciuoli hereby moves that Howard M. Cooper (MA BBO# 543842) be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature: Kristie M. Passalacqua]
Signature of Local Counsel

Kristie M. Passalacqua
Print Name

RI Bar ID # 6945

Hinckley, Allen & Snyder LLP
Firm and Business Address

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

Email: kpassalacqua@haslaw.com

Tel. # 401-274-2000

Fax # 401-277-9600

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_______________________
District Judge

_______________________
Date

**CERTIFICATION**

I hereby certify that on July 23, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com