AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

Please Read Instructions:

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Michael J. Connolly and Kristie M. Passalacqua | 2. PHONE NUMBER<br>(401) 274-2000 | 3. DATE<br>9/12/2008 | |
| 4. MAILING ADDRESS<br>Hinckley Allen & Snyder, LLP, 50 Kennedy Plza, Ste. 1500 | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>06-02-01 / 9. JUDGE<br>Mary M. Lisi | DATES OF PROCEEDINGS<br>10. FROM 9/10/2008 | 11. TO 9/11/2008 | |
| 12. CASE NAME<br>United States of America vs. Robert A. Urciuoli, et al. | LOCATION OF PROCEEDINGS<br>13. CITY Providence | 14. STATE RI | |

15. ORDER FOR

☐ APPEAL ☒ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | James McGuirk |
| ☐ OPENING STATEMENT (Plaintiff) | | | (9/10/2008-9/11/2008) |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Kristie M. Passalacqua | **PROCESSED BY** |
| 19. DATE<br>9/12/2008 | **PHONE NUMBER** |
| **TRANSCRIPT TO BE PREPARED BY** | **COURT ADDRESS** |

| | DATE | BY | | |
|---|---|---|---|---|
| **ORDER RECEIVED** | | | | |
| **DEPOSIT PAID** | | | **DEPOSIT PAID** | |
| **TRANSCRIPT ORDERED** | | | **TOTAL CHARGES** | 0.00 |
| **TRANSCRIPT RECEIVED** | | | **LESS DEPOSIT** | 0.00 |
| **ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT** | | | **TOTAL REFUNDED** | |
| **PARTY RECEIVED TRANSCRIPT** | | | **TOTAL DUE** | 0.00 |

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY